FILED
FEB 10 2000
U.S. DISTRICT COURT
CLERK'S OFFICE
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVEREST NANIM | § | |
| | § | |
| vs. | § | |
| | § | NO. A 95 CA 849 SS |
| TEXAS DEPARTMENT OF | § | |
| MENTAL HEALTH AND | § | |
| MENTAL RETARDATION | § | |

## ORDER

BE IT REMEMBERED on this the 10th day of February 2000 the Court received a "Motion for Continuance," pleading 81 filed February 8, 2000, and thereafter enters the following:

The appeal in this case was dismissed by the United States Court of Appeals for the Fifth Circuit on April 28, 1998. This case is closed. The motion for continuance is DISMISSED AS MOOT, and the Clerk is ordered not to file any further pleadings in this case other than a notice of appeal or other pleadings designating the United States Court of Appeals for the Fifth Circuit.

SIGNED this the 10th day of February 2000.

_____
UNITED STATES DISTRICT JUDGE

82